# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>LEHREN NETWORKS PRIVATE LIMITED; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-08031 PA (GJSx)<br><br>**ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: September 14, 2018 |

The Court, having considered Plaintiff's Request for Dismissal, hereby dismisses this action *without* prejudice, with each party to bear their own attorneys' fees and costs.

Dated: April 15, 2019

_____
Percy Anderson
United States District Judge

1
**[PROPOSED] ORDER FOR DISMISSAL**